McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd Suite 350
Las Vegas, NV 89113

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES LAWSON, | Case No. 3:19-cv-00642-RCJ-CLB |
| Plaintiff, | **ORDER TO** |
| v. | **DISMISS WITH PREJUDICE** |
| ENCOMPASS HOME AND AUTO INSURANCE COMPANY; ABC CORPORATIONS I-X; BLACK & WHITE COMPANIES I-X, inclusive; and JOHN DOES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their own costs and attorneys' fees.

Dated: January 2, ~~2019~~ 2020

BRADLEY, DRENDEL & JEANNEY

By: _____
LEAH RONHAAR, ESQ.
Nevada Bar No. 13013
P.O. Box 1987
Reno, Nevada 89505
*Attorneys for Plaintiff*

Dated: Jan 9, 2020 ~~2019~~

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
WADE M. HANSARD, ESQ.
Nevada Bar No. 8104
RENEE M. MAXFIELD, ESQ.
Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Defendant*

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice.

DATED this 13th day of January, 2020.

_____
UNITES STATES DISTRICT COURT JUDGE